IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON VASQUEZ,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BERKS COUNTY, *et al.,*<br>　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 5:20-cv-05116-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 13th day of December, 2023, upon receipt of Defendants' Motion for Summary Judgment (ECF No. 72)[1], **IT IS HEREBY ORDERED** that the **CLERK** is **DIRECTED** to mail a copy of ECF No. 72 to: Ramon Vasquez at MG9685, SCI-Huntingdon, 1100 Pike Street, Huntingdon, PA 16652.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[1] Responses shall be filed no later than **January 5, 2024** and the parties should expect no further extensions.